U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ. 4096 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $5,169.00 IN UNITED STATES CURRENCY | Publication |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ► | USMS - SDNY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY<br>UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br><br>ONE SAINT ANDREW'S PLAZA<br><br>NEW YORK, NY 10007-1703<br>ATTENTION: Corinne L. Scalogna/FSA Paralegal | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                    Fold

Please publish the following notice of publication in a newspaper of general circulation once for one week.

CATS #07-DEA-478104          Please return to paralegal Corinne L. Scalogna, 212-637-1064

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA ANNA E. ARREOLA *Anna E Arreola (FLS)* | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2218 | DATE<br>5/29/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 5/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/11/07     Time     am / pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:     9/11/07 - Notice was published in the New York Law Journal on July 20, 2007. (copy attached)

PRIOR EDITIONS
MAY BE USED

FORM USM-285

ORIGINAL

U.S. ATTORNEY COPY

## STATE OF NEW YORK
### County of New York,    s.:

**USA-33s-100-**
**NOTICE OF CIVIL**
**FORFEITURE**
**PROCEEDING**
**Rev. 11/94**

UNITED STATES DIS-
TRICT COURT —
SOUTHERN DISTRICT OF
NEW YORK — On May 25,
2007, the United States of
America commenced a civil
action demanding forfeiture,
pursuant to 21 U.S.C.
§881(a)(6), of $5,169.00 in Unit-
ed States Currency.
  Notice is hereby given that
all persons claiming the same
or knowing or having any-
thing to say why the same
should not be forfeited pursu-
ant to the prayer of said com-
plaint, must file their claim in
accordance with the Supple-
mental Rules for Admiralty
or Maritime Claims and Asset
Forfeiture Actions with the
Clerk of the Court, in Room
120, United States Court
House, 500 Pearl Street, New
York, New York, by August
21, 2007, which is 30 days after
the last publication of this ac-
tion or within such additional
time as may be allowed by the
Court, and must serve their
answers within 20 days after
the filing of their claims, or
default and forfeiture will be
ordered. Any person with an
interest in the property may
also wish to file a petition for
remission or mitigation of the
forfeiture, as provided for in
Title 28, Code of Federal reg-
ulations, and failure to file
such a petition may affect any
rights that a person claiming
an interest in the property
may have with respect to this
property.
  Dated: New York, New
York May, 2007
        MICHAEL J. GARCIA
        U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
        U.S. Marshal/SDNY
862846              jy20-1t

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 20th day of July, 2007.

TO WIT: JULY 20, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 20th day

Of July, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -v-

$5,169.00 IN UNITED STATES CURRENCY,

        Defendant-in-rem.

## PUBLICATION AFFIDAVIT
### 07 Civ. 4096

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

                        ANNA E. ARREOLA
               Assistant United States Attorney
                      -Of Counsel-